UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENGSHU SCOTT HE, *et al.*,

    *Plaintiffs*,

  v.

ANTONY BLINKEN, in his official capacity, and the UNITED STATES OF AMERICA,

    *Defendants*.

No. 22-cv-1137 (DLF)

### ORDER

Upon consideration of the parties' Joint Status Report, Dkt. 35, and for the reasons given in the Court's prior Memorandum Opinion, Dkt. 34, it is

**ORDERED** that the stay entered on November 13, 2023 as to Counts III, IV, and V of the plaintiffs' complaint, Dkt. 33, is **LIFTED**. It is further

**ORDERED** that Counts III, IV, and V of the plaintiffs' complaint are **DISMISSED** without prejudice. It is further

**ORDERED** that this action is **DISMISSED** without prejudice.

**SO ORDERED.**

February 13, 2024

                                          DABNEY L. FRIEDRICH
                                          United States District Judge